O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. SA 09-215M )  |
| Plaintiff, | ) **ORDER OF DETENTION** ) |
| vs. | ) ) |
| ESPIRIDION BRAVO TORRES, | ) ) |
| Defendant. | ) |

I

A.    (X)    On motion of the Government in a case allegedly involving:

     1.    ( )    a crime of violence.

     2.    ( )    an offense with maximum sentence of life imprisonment or death.

     3.    (X)    a narcotics or controlled substance offense with maximum sentence of ten or more years.

     4.    ( )    any felony - where defendant convicted of two or more prior offenses described above.

     5.    ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

      device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.   ( )   On motion by the Government/ ( ) on Court's own motion, in a case allegedly involving:

    ( )   On the further allegation by the Government of:

    1.   ( )   a serious risk that the defendant will flee.

    2.   ( )   a serious risk that the defendant will:

        a.   ( )   obstruct or attempt to obstruct justice.

        b.   ( )   threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.   The Government (X) is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II

A.   ( )   The Court finds that no condition or combination of conditions will reasonably assure:

    1.   ( )   the appearance of the defendant as required.

    ( ) and/or

    2.   ( )   the safety of any person or the community.

B.   (X)   The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III

The Court has considered:

A.   the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or

1 involves a minor victim or a controlled substance, firearm, explosive, or destructive device;
2 
3     B.    the weight of evidence against the defendant;
4     C.    the history and characteristics of the defendant; and
5     D.    the nature and seriousness of the danger to any person or the community.

## IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V

The Court bases the foregoing finding(s) on the following:

A.    ( )    As to flight risk:

_____
_____
_____
_____
_____
_____

B.    ( )    As to danger:

_____
_____
_____
_____
_____
_____

|    |    |
|----|----|
| 1  | VI |
| 2  | A.    ( )    The Court finds that a serious risk exists the defendant will: |
| 3  |      1.    ( )    obstruct or attempt to obstruct justice. |
| 4  |      2.    ( )    attempt to/ ( ) threaten, injure or intimidate a witness or |
| 5  | juror. |
| 6  | B.    The Court bases the foregoing finding(s) on the following: |
| 7  | _____ |
| 8  | _____ |
| 9  | _____ |
| 10 |    |
| 11 | VI |
| 12 | A.    IT IS THEREFORE ORDERED that the defendant be detained prior to |
| 13 | trial. |
| 14 | B.    IT IS FURTHER ORDERED that the defendant be committed to the |
| 15 | custody of the Attorney General for confinement in a corrections facility |
| 16 | separate, to the extent practicable, from persons awaiting or serving sentences |
| 17 | or being held in custody pending appeal. |
| 18 | C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable |
| 19 | opportunity for private consultation with counsel. |
| 20 | D.    IT IS FURTHER ORDERED that, on order of a Court of the United |
| 21 | States or on request of any attorney for the Government, the person in charge |
| 22 | of the corrections facility in which defendant is confined deliver the defendant |
| 23 | to a United States marshal for the purpose of an appearance in connection with |
| 24 | a court proceeding. |
| 25 |    |
| 26 | DATED: May 27, 2009 |
| 27 | _____ |
| 28 | MARC L. GOLDMAN<br>UNITED STATES MAGISTRATE JUDGE |